# In the United States Court of Federal Claims

No. 15-319 T

(E-Filed: September 15, 2020)

|  |  |
|---|---|
| KARL STOMBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 14, 2020, defendant filed the parties' joint stipulation for entry of judgment in this matter. See ECF 77. Defendant's counsel digitally signed the parties' joint stipulation. Because the Rules of the United States Court of Federal Claims (RCFC) do not provide for digital signatures, the court shall file the parties' joint stipulation by leave of the court. See RCFC 11; RCFC App'x E, § VI, 19(a)-(c).

Accordingly, the clerk's office is directed to **FILE** the parties' joint stipulation for entry of judgment, ECF No. 77, by leave of the court as of the date it was submitted, September 14, 2020; and directed to **ENTER** judgment in this case pursuant to RCFC 58, as set forth in the parties' stipulation, see id.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge